# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ANTHONY JAMES GRANGER** | **CIVIL DOCKET NO. 6:22-CV-06137** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CARETAKERS NEW IBERIA PARISH JAIL, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that that claims against "Caretakers New Iberia Parish Jail," "Correctional Officers New Iberia Parish Sheriffs Office" "Medical Staff New Iberia Parish Jail," Inmate Joshua and "Unknown DOC Inmates" be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

THUS, DONE AND SIGNED in Chambers this 23rd day of December 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE